AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A black cool pad cellphone located on a green bin at 211 Fairview Ave., Lancaster, PA

Case No. 1:24-MC- 00669

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

located in the _____Middle_____ District of _____Pennsylvania_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1)/846; | Distribution and possession with intent to deliver controlled substances and conspiracy to do the same; |
| 18 U.S.C. §§ 922(g)/924(c) | Possession of firearms by a felon and in furtherance of drug trafficking |

The application is based on these facts:
I, Shawn A. Wolfe, a Pennsylvania State Trooper assigned as a Task Force Officer with the Federal Bureau of Investiagtion, being duly sworn, depose and state:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*TFO [signature]*
*Applicant's signature*

Shawn Wolfe, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____Telephone_____ *(specify reliable electronic means).*

Date: August 21, 2024

*[signature]*
*Judge's signature*

City and state: Harrisburg, Pennsylvania

Susan E. Schwab, U.S. Magistrate Judge
*Printed name and title*